**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**

**AFFIDAVIT**

**TYLER J. MACK**                                              **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I, Michael S. McCown, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF), and have been since July 2023.

2.      Since July 2023, I have been employed as a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Prior to my employment with ATF, I am currently employed with the Lexington Police Department and have maintained my employment for twenty and one-half years.  Prior to my assignment with the ATF, I was a patrol officer for approximately 5 years, a detective within the Robbery/Homicide Unit for 8 years and my current assignment is a detective within the Intelligence Unit, working as a liaison between the Lexington Police Department and ATF.

3.      As a Task Force Officer, I have investigated violations of the federal firearms laws, including cases that involved criminal possession and use of firearms.  I have also participated in various aspects of federal investigations, including interviewing defendants, witnesses, and cooperating sources.  My training and experience has also involved, among other things: (1)

1

debriefing defendants, witnesses and informants, and others who have knowledge of the purchase, possession, distribution, and transportation of firearms and controlled substances, and the laundering and concealment of proceeds of firearms and drug trafficking; (2) surveillance; (3) analysis and processing of documentary, electronic, and physical evidence; (4) the legal and illegal purchase and possession of firearms and controlled substances; (5) the execution of arrest and search warrants; and (6) wire interception investigations.

4.      I investigate criminal violations of federal firearm and narcotics laws, including Title 18 and Title 21 of the United States Code. I am therefore familiar with federal criminal laws including Title 18 U.S.C. § 922 (g) (1) (Possession of a Firearm by a Convicted Felon), which is pertinent to this investigation.

5.      This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state and local law enforcement officers during their official duties. The information contained in this affidavit is not a complete account of everything known to me about this case. Rather, it contains the facts that I believe are sufficient to support a finding of probable cause.

6.      The information contained in this Affidavit is based upon this Affiant's personal knowledge, consultation with other ATF agents, review of certain records and documents, interviews of witnesses, and information provided by other law enforcement officers employed by the Lexington Division of Police. I have set forth only the facts that I believe are necessary to establish probable cause as to the commission of a violation of Title 18 U.S.C. § 922 (g) (1) (Possession of a Firearm by a Convicted Felon). The information contained herein is not all of the information the Affiant possesses with respect to the commission of the crime referred to herein.

2

## FACTUAL BACKGROUND

1.      On the morning of May 10th, 2026, the Lexington Police Department responded to a singular vehicle collision in the area of 3rd Street and Midland Place in Lexington, Kentucky. During the course of the investigation, officers made contact with the operator, Aleah Davis.  Davis informed officers that she had been pursued by her former boyfriend, Tyler Mack, who was operating a Nissan Altima bearing Kentucky Registration R3X437, and she subsequently lost control of her vehicle. .  Officers were able to verify information provided through traffic cameras and FLOCK cameras in the area of the pursuit.  Davis informed officers that upon her vehicle coming to final rest from the crash on its passenger side door, Tyler Mack kicked open the sunroof to the victim's car and pointed a handgun at her person while threatening to kill her and demanded the victim's cellular phone.  Officers later located the victim's cellular phone in the front yard of Tyler Mack's grandmother's house at a known address on Douglas Loop.  Officers further located the suspect's vehicle in the area of 376 Nelson Avenue, with the driver side door ajar.  Responding officers reported observing a Glock 22 extended magazine, containing nineteen .40 caliber bullets in the magazine, in plain view on the driver floorboard and officers seized it all as evidence. Officers observed additional narcotic paraphernalia and conducted a probable cause search of the vehicle, and they located multiple individually packaged bags of marijuana yielding a total approximate weight of 9.6 ounces.  Officers additionally located a knotted cellophane baggie containing suspected crack cocaine with a total approximate weight of 1.5 grams in packaging in the center console.  During the search officers discovered a sales receipt for Jiffy Lube listing service for the aforementioned Nissan Altima in the name of Tyler Mack.  The 2019 Nissan Altima bearing Kentucky Registration R3X347 is registered to the mother of Tyler Mack, Ms. Stephanie Hall.  Officer Kean of the Lexington Police Department obtained warrants of arrest for Tyler Mack

for the charges of Robbery 1st Degree, Possession of a Handgun by a Convicted Felon, Terroristic Threatening 3rd Degree, Possession of Controlled Substance 1st Degree, Wanton Endangerment 1st Degree, Trafficking Marijuana and various other traffic related offenses from the Fayette County District Court.

2.    On May 23rd, 2026, the Richmond Police responded to a report of a personal robbery in the area of 1667 Foxhaven Drive in Richmond, Kentucky.  During the course of the investigation, officers were notified that a male black subject, identified as Tyler Mack, and a female subject arrived at the aforementioned location. Tyler Mack and the female companion assaulted the victims with closed fists and by striking a victim with the firearm, and they forced the victim who was assaulted with the gun into a closet at gunpoint.  The victims informed officers that upon being able to escape Tyler Mack, Tyler Mack shot at the victims approximately six times prior to the suspects fleeing the scene. One of the victims in this assault is familiar with Tyler Mack and was able to inform police he was the assailant. Officer Ryan of the Richmond Police Department obtained warrants of arrest for the charges of Wanton Endangerment, Kidnapping with Serious Physical Injury, Burglary 1st Degree, Criminal Mischief 1st Degree, Attempted Murder, and Attempted Robbery 1st Degree from the Madison County District Court.

**PROBABLE CAUSE**

3.    On July 24th, 2026, at approximately 0130 hours, officers with the Lexington Police Department received information that Tyler Mack, a fugitive  with outstanding warrants of arrest from the Commonwealth of Kentucky, was inside 1555 Samara Glenn Way in Lexington, Kentucky armed with a firearm. 1555 Samara Glenn Way is the home of the complainant and former girlfriend, Aleah Davis.  During the course of the investigation, Detectives learned that Tyler Mack had arrived at the residence with a backpack and went to bed in the early morning hours. Davis called the police soon after his arrival around 0130 hours.  Davis advised that due to

fear of Tyler Mack and her knowledge of his active warrants that involve her as the victim, she was able to find a way to leave the residence and contact law enforcement. Upon obtaining a search warrant to Find Tyler Mack in the residence, the Lexington Police Department discovered that Tyler Mack was no longer present.  During the execution of the search warrant items of evidence were found in plain view, investigators located a black Nike Backpack in the rear bedroom of the residence near the bedroom closet containing men's clothing, a toiletry bag, and toothbrush.  The backpack was located laying on top of a clear plastic bag of suspected fentanyl with a total approximate weight of 13.8 grams.  Located near the backpack and suspected fentanyl in the rear bedroom, investigators located a black plastic shopping bag containing twelve individually packaged plastic bags of suspected methamphetamine with a total approximate weight of 2.8 lbs, a loaded Romarm/Cugir/Century Arms Micro Draco Semiautomatic Pistol containing twenty one 7.62x39mm rounds, with a round chambered, and ten loose 7.62x39mm live rounds of ammunition.  On the rear bedroom dresser near the narcotics and firearm, investigators located an orange iPhone in a blue case, a black flip phone, a Cash App Visa debit card with the name Tyler Mack, and a Paper Check from "Self Financing Inc." made out to Tyler Mack.  Investigators also collected a clear plastic bag on top of a stool containing 112.1 grams of suspected methamphetamine, and a black digital scale from the rear bedroom.  Responding investigators also located further evidence of narcotics trafficking from the rear bedroom in the nature of a  respirator mask and a bottle of MSM powder, commonly used as a cutting agent during narcotics trafficking and distribution.

4.      In my opinion and speaking with a Nexus Expert, the Romarm/Cugir/Century Arms Micro Draco Semiautomatic Pistol was not manufactured in the state of Kentucky presenting a nexus between the firearm and interstate or foreign commerce.

5.     Tyler Mack is a known convicted felon with the following felony convictions out of Kentucky:

a. Convicted Felon in Possession of a Firearm, and Wanton Endangerment First Degree 3 counts in Fayette County, KY, Case Number 17-CR-1061-001.

b. Wanton Endangerment First Degree 2 counts Fayette County, KY, 15-CR-463.

### CONCLUSION

1.     I believe that the facts set forth above support that there is probable cause to believe that on or about July 24, 2026, in Fayette County, in the Eastern District of Kentucky, Tyler Mack knowingly possessed a firearm and ammunition in violation of 18 U.S.C Section 922(g)(1).

2.     I declare under the penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

*/s/ Michael S. McCown*
Michael S. McCown, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Affiant attested by reliable electronic means (telephone) per FRCrP 4.1 on this 28th day of July, 2026.

MATTHEW A. STINNETT
U.S. MAGISTRATE JUDGE

6